IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES BROADHEAD, #224 802,      )
                                )
        Plaintiff,              )
                                )
    v.                          ) CIVIL ACTION NO. 2:16-CV-371-WHA
                                )            [WO]
CORRECTIONAL LPN E. RODERS,     )
*et al.*,                       )
        Defendants.             )

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. # 2), entered on June 7, 2016. There being no timely objection filed to the Recommendation, and upon independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1.  Plaintiff's motion for appointment of counsel (Doc. #1) is DENIED.

2.  This case is DISMISSED without prejudice for Plaintiff's failure to pay the filing and administrative fees upon initiation of his case.

An appropriate judgment will be entered.

DONE this 29th day of June, 2016.

/s/    W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE